UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 24-009-DCR |
| V. | ) | |
| DARREN MICHAEL RUBLE, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the competency Report and Recommendation ("R&R") for Defendant Darren Michael Ruble. [Record No. 30] Following an evaluation by forensic psychologist Matthew R. Opesso, Psy. D., M.Ed., United States Magistrate Judge Edward B. Atkins held a competency hearing and issued a Report and Recommendation. After reviewing all relevant materials, Magistrate Judge Atkins recommended that the Court find Ruble competent to proceed in this matter. Neither Ruble nor the United States objects to the magistrate judge's recommendation.

Although this Court must make a *de novo* determination of those parts of a magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a magistrate judge's report and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

Dr. Opesso explained in his thorough report that Ruble is able to understand the nature and consequences of the proceedings and can properly assist in his defense. Ruble testified at the competency hearing before the Magistrate Judge and, after being informed of the consequences of being found competent to proceed, stipulated to the findings and conclusions in the examiners' report. The Magistrate Judge additionally noted that he had not observed, nor had counsel reported, any behavior that conflicts with the examiner's conclusions.

Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 30] is **ADOPTED** and **INCORPORATED**, in full.

2. The Court finds that Defendant Darren Michael Ruble is competent to face further proceedings, including trial.

Dated: June 17, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky